# AFFIDAVIT

1. I am a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been since October 2021. I have also been employed by the Portage County Sheriff's Office ("PCSO") as a Detective since December 2013. I attended the Mount Union College and graduated with a Bachelor's of Science degree in Sociology with a minor in Political Science and a concentration in Criminal Justice. Additionally, I have completed numerous specialized training courses through organizations such as the Ohio High Intensity Drug Trafficking Area ("HIDTA"), Drug Enforcement Administration ("DEA"), Ohio Peace Officers Training Academy ("OPOTA"), Ohio Department of Public Safety ("ODPS"), and private training agencies.

2. As a TFO, I conduct investigations involving violations of Federal firearms and narcotics statutes. During my tenure as a TFO, I have conducted criminal investigations involving the illegal possession of firearms and narcotics. Often such investigations utilize undercover agents and/or confidential informants. As a TFO, I am authorized to investigate violations of United States laws and to execute search warrants and arrest warrants issued under the authority of the United States.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested complaint.

**PROBABLE CAUSE**

4.     On or about January 2, 2022, at approximately 6:25 p.m., PCSO Deputy Robert Clouden observed a white Chevrolet pickup truck traveling east on Interstate-76 pulling a white Nissan Sentra on a car trailer and conducted a traffic stop on the pickup truck for a traffic violation. Deputy Clouden identified the pickup truck's driver as Todd Ellis, the truck's front-seat passenger window-side passenger as DOLAN MITCHELL ADY, and the truck's front-seat passenger in the middle position as Travis Spithaler.  Deputy Clouden asked Ellis to step out of the vehicle while conducting a LEADS inquiry on his (Ellis') information and the pickup truck and trailer's registrations.  From the LEADS inquiry, Deputy Clouden learned that the trailer's registration was fictitious and, when confronted with that information, Ellis said, "it was better than nothing."  Deputy Clouden's on-site K-9 partner, Felon, then conducted an open-air search around the exterior of the pickup truck and its trailer, which resulted in a positive alert on both vehicles (the Chevrolet pickup truck and the Nissan Sentra, which had been hauled on the trailer).  During the probable-cause search that followed, Deputy Clouden recovered a plastic bag containing suspected methamphetamine from a bookbag located in the Nissan Sentra's backseat.

5.     Deputy Clouden separately detained ADY, Spithlaer, and Ellis and advised each of them of their constitutional rights under *Miranda*.  ADY, Spithaler, and Ellis each independently acknowledged that he understood his rights and waived them.  Ellis informed Deputy Clouden that there might be a roach in his vehicle (the pickup) and he did not know if there was anything illegal in the other vehicle.  ADY advised Deputy Clouden that he was not aware of anything illegal in either of the vehicles.  Spithaler advised Deputy Clouden that the Nissan Sentra belonged to him and there was nothing illegal in the vehicle.

6. On or about February 28, 2022, ATF Special Agent Elizabeth Gardner, PCSODVCU Detective Michael Davis, and I met with ADY when he appeared for an appointment with his probation officer at the Newton Falls Municipal Court. After his appointment with his probation officer, ADY voluntarily met with law enforcement. During that interview, ADY told me that on January 2, 2022, Spithaler's vehicle (the white Nissan Sentra) had broken down at the Certified Gas Station in Ravenna, Ohio. ADY told me that on January 2, 2022, prior to the Sentra breaking down, he had purchased a half pound of methamphetamine for $2,000 from his Akron-based drug source. ADY also admitted he intended to sell that methamphetamine in Trumbull County. ADY said he had been supplied half-pound quantities of methamphetamine from that source beginning towards the end of 2021 and had received drugs from that source about every two-to-three days.

7. Law enforcement sent the suspected methamphetamine seized during the traffic stop on January 2, 2022 to the DEA North Central Laboratory in Chicago, Illinois ("the Laboratory") for analysis. The Laboratory later determined that the substance weighed approximately 220.9 grams and was methamphetamine with a purity level of 100%. Based on my training and experience, the methamphetamine recovered on January 2, 2022 was possessed with the intent to distribute and was not for personal use.

## CONCLUSION

8. Based upon the above listed facts and circumstances, there is probable cause to believe that on January 2, 2022, Dolan Mitchell ADY did possess methamphetamine, a schedule I controlled

substance, with the intent to distribute it, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

Eric A. Centa, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to via telephone after submission by reliable electronic means.  Fed. R. Crim. P. 4.1 and 41(d)(3) this 11th day of July, 2022.

Honorable Carmen E. Henderson
United States Magistrate Judge
Northern District of Ohio
Eastern Division

4